IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CORVELL CALDWELL

    Petitioner,

-vs-

JASON C. GARNETT,

    Respondent.                      No. 14-cv-112-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on September 16, 2016 (Doc. 17), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice.** The Court declines to issue a Certificate of Appealability.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                      BY:  *s/Caitlin Fischer*
                                              Deputy Clerk

**DATED:** September 29, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.09.29 07:29:22 -05'00'

**APPROVED:**
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT